IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America | Crim. No. 4:06-cr-00207-TLW-6 |
| v. | |
| Lemar Cornelius Franklin | **Order** |

This matter is before the Court on Defendant's motion to appoint counsel to his case in light of the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015). He pled guilty to a drug conspiracy charge and was sentenced as a guideline career offender to 360 months imprisonment.[1] His career offender predicate convictions were for possession with intent to distribute crack cocaine, distribution of crack within proximity of a park, failure to stop for blue light, and assault and battery of a high and aggravated nature (ABHAN). PSR ¶¶ 37, 42, 44, 45, 67. Even without the failure to stop and ABHAN convictions, the record reflects that he would remain a career offender under the guidelines in light of his two predicate drug convictions.

Even assuming that *Johnson* applies to the guidelines,[2] Defendant would not be entitled to relief, as the Fourth Circuit has concluded that an erroneous application of the sentencing guidelines, including a career offender designation, is not cognizable on collateral review pursuant to § 2255. *See United States v. Foote*, 784 F.3d 931, 936 (4th Cir. 2015). Thus, the Court

---

[1] His sentence was subsequently reduced to 300 months pursuant to Guideline Amendment 706, then to 160 months pursuant to a Rule 35(b) motion, then to 144 months pursuant to Guideline Amendment 750. ECF Nos. 566, 622, 657.

[2] The Court notes that this issue has not been decided by the Fourth Circuit, and at least one Court of Appeals has concluded that *Johnson* does not apply to the guidelines. *See United States v. Matchett*, 802 F.3d 1185, 1194–96 (11th Cir. 2015) (concluding that *Johnson* does not apply to the guidelines because they do not prohibit conduct or fix punishments).

1

concludes that no basis exists to appoint counsel in this case.  Accordingly, his motion to appoint counsel, ECF No. 746, is **DENIED**.

**IT IS SO ORDERED.**

*s/ Terry L. Wooten*  
Terry L. Wooten  
Chief United States District Judge

May 18, 2016  
Columbia, South Carolina